ACCEPTED
05-14-01589-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/12/2015 12:50:30 PM
LISA MATZ
CLERK

## NO. 05-14-01589-CR

| | | |
|---|---|---|
| REGINALD THOMAS | § | IN THE COURT OF APPEALS |
| v. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/12/2015 12:50:30 PM
LISA MATZ
Clerk

### APPELLANT'S OBJECTION TO TIMETABLE FOR APPELLATE RECORD STATED IN THIS COURT'S ORDER OF JANUARY 9, 2015

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant and files this Objection to Timetable for Appellate Record Stated in this Court's Order of January 9, 2015, in the above-referenced appeal, and would show the following:

### I.

In the 292nd Judicial District Court of Dallas County, Texas, in trial court Cause No. F14-00358-V, the Appellant was convicted of theft in an amount of $20,000 or more but less than $100,000, and on October 1, 2014, he was sentenced to confinement for 6 years in TDCJ-ID, probated for 5 years. The Appellant filed a timely motion for new trial on October 15, 2014, and a timely notice of appeal on December 11, 2014.

1

## II.

On January 6, 2015, this Court granted the Appellant's Motion to Include Items in Original Cause Number in the Clerk's Record (filed on December 31, 2014). In its order of January 6, 2015, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record, within fifteen days of this Court's January 6, 2015 order, that would include the motion for new trial filed on October 15, 2014, in trial court Cause No. F09-34344-V (the originally indicted trial court cause number for trial court Cause No. F14-00358-V, which is the reindicted/refiled trial court cause number appealed herein).

## III.

On January 8, 2015, the Dallas County District Clerk filed a supplemental clerk's record that included the motion for new trial timely filed on October 15, 2014, in trial court Cause No. F09-34344-V. Because this Court's record now reflects that the timetable for filing the appellate record in this appeal should be extended to 120 days from October 1, 2015 (the date that the Appellant's sentence was imposed in this case), the appellate record is not due until January 29, 2015. *See* TEX. R. APP. P. 35.2(b).

## IV.

In its order dated January 9, 2015, however, this Court stated that the reporter's record is overdue and ordered the court reporter to file the reporter's

2

record in this appeal within thirty days of this Court's January 9, 2015 order and also ordered the Dallas County District Clerk to file the complete clerk's record in this appeal within fifteen days of this Court's January 9, 2015 order.

## V.

On the date of filing this Objection, the undersigned attorney called the deputy clerk at this Court to advise her that the appellate record is not actually overdue since, in light of the timely filed motion for new trial on October 15, 2014, the appellate record is not due until January 29, 2015. The undersigned attorney asked if the Court could reconsider its order of January 9, 2015, in which the Court stated that the record is overdue. The deputy clerk responded that in order for this Court to reconsider its order of January 9, 2015, the undersigned attorney would be required to file an objection to this Court's order of January 9, 2015. Thus, this is the reason for the filing of this Objection.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully files this Objection to Timetable for Appellate Record Stated in this Court's Order of January 9, 2015, in this appeal.

Respectfully submitted,


/s/ Lori L. Ordiway
**LORI L. ORDIWAY**
**State Bar No. 12327300**
**P.O. Box 793991**
**Dallas, Texas 75379**
**Telephone: (972) 701-0155**
**Facsimile: (972) 701-0151**
**E-mail:      lori.ordiway@att.net**

**ATTORNEY FOR THE APPELLANT**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of this document is being served on the attorney for the State of Texas, Lisa B. Smith, Deputy Chief, Appellate Division of the Dallas County District Attorney's Office, via the service function in eFile Texas, to lisa.smith@dallascounty.org, on the 12th day of January, 2015.


/s/ Lori L. Ordiway
**LORI L. ORDIWAY**

**14-38**